FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 23-41036 | | Trustee Name: | Wendy Turner Lewis |
|---|---|---|---|---|
| Case Name: | POP, GABRIELA L | | Date Filed (f) or Converted (c): | 02/06/2023 (f) |
| For the Period Ending: | 06/30/2023 | | §341(a) Meeting Date: | 03/16/2023 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  2018 Lincoln MKC Mileage: 29000 Other Information: car damaged extensively; purchased as salvage title | $7,500.00 | $0.00 | | $0.00 | FA |
| 2  household furniture, kitchenware, appliances | $2,000.00 | $0.00 | | $0.00 | FA |
| 3  cellphone, laptop, printer, 3 tvs | $600.00 | $0.00 | | $0.00 | FA |
| 4  2 handguns | $300.00 | $0.00 | | $0.00 | FA |
| 5  clothing | $400.00 | $0.00 | | $0.00 | FA |
| 6  2 pairs earrings, necklace | $50.00 | $0.00 | | $0.00 | FA |
| 7  cash | $25.00 | $0.00 | | $0.00 | FA |
| 8  checking & saving Bank of America | $50.00 | $0.00 | | $0.00 | FA |
| 9  Public | $75.00 | $0.00 | | $0.00 | FA |
| 10  Liuba Transportation, LLC 100 % | $0.00 | $0.00 | | $0.00 | FA |
| 11  AGB Transport, Inc 100 % | $0.00 | $0.00 | | $0.00 | FA |
| 12  Rental deposit Almighty Foundation | $1,350.00 | $0.00 | | $0.00 | FA |
| 13  potential and approximated tax refund for current and/or previous tax year | $0.00 | Unknown | | $0.00 | Unknown |
| 14  Global Life (term) son | $0.00 | $0.00 | | $0.00 | FA |
| 15  lawsuit | $12,302.00 | Unknown | | $0.00 | Unknown |
| Asset Notes:  Possible interest in probate estate in Chicago; | | | | | |
| 16  SBA LOAN PROCEEDS  (u) | Unknown | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**             $24,652.00       $0.00                              **Gross Value of Remaining Assets**   $0.00   $0.00

**Major Activities affecting case closing:**

07/09/2023  CHICAGO PROBATE ATTORNEY IS NOT RESPONDING TO TRUSTEE'S ATTEMPTS TO CONTACT HIM.  IF HE DOES NOT RESPOND BY 07/10/23, ATTORNEY FOR TRUSTEE WILL FILE A MOTION TO COMPEL AND REQUEST SANCTIONS;

06/08/2023  ORDER EMPLOYING ATTORNEY FOR TRUSTEE ENTERED;

06/06/2023  APPLICATION TO EMPLOY ATTORNEY FOR TRUSTEE (WINNIFRED BOYLAN) FILED;

05/17/2023  TRUSTEE'S ATTORNEY HAS REVIEWED THE FILE WITH THE FOLLOWING COMMENTS:
SBA Loan- investigation into use of proceeds from the SBA loan and whether the security interest against the SBA loan would prohibit turnover of such assets to the chapter 7 trustee if the assets are located and can be liquidated.

Possible interest in a probate estate in Chicago- investigation as to whether debtor holds an interest as a beneficiary in the probate estate and, if so, to demand turnover.

Tax refund- Determination if the tax refund is exempt. If not, turnover will be demanded.

05/08/2023  TRUSTEE TO INVESTIGATE 2022 TAX RETURNS/REFUNDS;
05/08/2023  TRUSTEE TO INVESTIGATE PENDING LAWSUIT (SURVIVAL ACT);
05/08/2023  TRUSTEE TO EMPLOY ATTORNEY FOR TRUSTEE (WINNIFRED BOYLAN, ESQ.);

| | |
|---|---|
| **Case No.:** 23-41036 | **Trustee Name:** Wendy Turner Lewis |
| **Case Name:** POP, GABRIELA L | **Date Filed (f) or Converted (c):** 02/06/2023 (f) |
| **For the Period Ending:** 06/30/2023 | **§341(a) Meeting Date:** 03/16/2023 |
| | **Claims Bar Date:** |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** 12/31/2024

**Current Projected Date Of Final Report (TFR):** 12/31/2024

/s/ WENDY TURNER LEWIS

WENDY TURNER LEWIS
Chapter 7 Bankruptcy Trustee
444 West Willis, Suite 101
Detroit, Michigan 48201
313.832.5555
wtlewis@outlook.com
P39505